

Alfonso Garcia Chan
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214.593.9120 Telephone
214.593.9111 Facsimile
achan@shorechan.com

March 27, 2012

*VIA HAND DELIVERY*

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
844 King Street
Wilmington, DE 19801

**CONFIDENTIAL
FILED UNDER SEAL**

      Subject: *United Access Technologies, LLC v. EarthLink, Inc., et al.*, Case Nos. 02-272-MPT, 02-477-MPT

Dear Judge Thynge:

      Pursuant to the Court's Order of March 22, 2012, Plaintiff United Access Technologies, LLC ("United Access") hereby submits a redacted copy of the Asset Purchase Agreement (the "Agreement") containing the indemnification provision upon which United Access relies as supporting Randy Domolky's declarations. A redacted copy of the Agreement is attached hereto as **Exhibit A**.

      As the Court directed, this letter is not intended to present further argument. Rather, this letter simply identifies the specific provisions of the Agreement upon which United Access relies in supporting Mr. Domolky's declarations and its positions that it did not assume liability for EarthLink's Bill of Costs and that any such costs are subject to indemnification under the Agreement.

      On May 28, 2010, United Access and the "Sellers," that is, Inline Connection Corporation, David D. Goodman, Broadband Technology Innovations LLC, Paperboy Ventures, LLC, Pie Squared, LLC, Allen Andersson, the 1999 Andersson Irrevocable Trust, and Kile Goekjian Reed & McManus, PLLC, entered into the Agreement to transfer certain intellectual property from the Sellers to United Access.

REDACTED

The Honorable Mary Pat Thynge  
March 27, 2012  
Page 2

**CONFIDENTIAL**  
**FILED UNDER SEAL**



REDACTED

The Honorable Mary Pat Thynge  
**CONFIDENTIAL**  
**FILED UNDER SEAL**

The Honorable Mary Pat Thynge
March 27, 2012
Page 3

**CONFIDENTIAL**
**FILED UNDER SEAL**



REDACTED

The Honorable Mary Pat Thynge
March 27, 2012
Page 4

**CONFIDENTIAL**
**FILED UNDER SEAL**



The Honorable Mary Pat Thynge
March 27, 2012
Page 5

**CONFIDENTIAL**
**FILED UNDER SEAL**



The Honorable Mary Pat Thynge                                                          **CONFIDENTIAL**
March 27, 2012                                                                                        **FILED UNDER SEAL**
Page 6



      Based on the foregoing provisions of the Agreement, United Access respectfully requests that the Court deny EarthLink's Bill of Costs as to United Access or permit United Access to seek indemnity from the Sellers. Thank you for your consideration.

Respectfully,

Alfonso Garcia Chan

cc: Attorneys for EarthLink, Inc. (via e-mail)