IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO.: 02-272-MPT |
| : | |
| EARTHLINK, INC., : | |
| : | |
| Defendant. : | |

## JUDGMENT ORDER

    A Memorandum Order (D.I. 726) was entered on June 14, 2012 addressing EarthLink's bill of costs (D.I. 716). Out of an abundance of caution and to confirm the Judgment Order contained in the Memorandum Order is consistent with FED. R. CIV. P. 58, this separate Judgment Order is being issued. Therefore, consistent with the reasons contained in the Memorandum Order of June 14, 2012, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1. EarthLink's bill of costs (D.I. 716) is GRANTED in part and DENIED in part:

        a. EarthLink's request for deposition costs in the amount of $39,772.44 is DENIED.

        b. EarthLink's request for witness subsistence fees, mileage and transportation in the amount of $5,195.75 is GRANTED.

        c. EarthLink's request for exemplification and exhibit costs is DENIED. Its request for copying and printing expenses is GRANTED at the reduced amount of $37,259.40.

    e. EarthLink's request for patent file wrapper expenses in the amount of $600 is GRANTED.

    f. EarthLink's request for Clerk and Marshal fees in the amount of $455.00 is GRANTED.

  2. UA's request for leave to pursue a third party action against the Original Plaintiffs is GRANTED.

Date: September 5, 2012.      /s/ Mary Pat Thynge
                 UNITED STATES MAGISTRATE JUDGE